## WISKER et al., Appellants, v. SPRING AVENUE REALTY COMPANY.

### Division One, March 12, 1902.

The judgment in this case is affirmed on the authority of Wisker v. Rische, ante, p. 522.

Appeal from St. Louis County Circuit Court.—*Hon. Rudolph Hirzel,* Judge.

AFFIRMED.

*Thos. B. Crews* for appellants.

*Kidd & Davis* and *Stewart, Cunningham & Eliot* for respondent.

MARSHALL, J.—Ejectment for seventeen-sixtieths of lots 9, 11 and 12 of subdivision of Walton estate in United States Survey Number 2461.

This case is identical with the case of Wisker v. Rische, 167 Mo. 522, except as to the land involved. It involves part of the residue of the estate of Charlotte Lay, embraced in the sixth paragraph of her will. What is said in Wisker v. Rische is equally applicable to this case. It follows that the judgment of the circuit court is affirmed. All concur, except *Valliant, J.,* absent.